UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

**Order Filed on January 4, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

CAPPUZZO JR., JAMES N,

Debtor.

Case No. 21-18270

Judge: CMG

Chapter: 7

## CONSENT ORDER EXTENDING DEADLINES

The relief set forth on the following page is hereby **ORDERED**

**DATED: January 4, 2022**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

(Page 2)
Debtor: Cappuzzo Jr., James N
Case No: 21-18270 (CMG)
Caption of Order: Consent Order Extending Deadlines

The first meeting of creditors, having been scheduled, and the Debtor by and through its attorneys, having requested that the matter be adjourned, and the Trustee having agreed to adjourn the matter, Debtor, by and through counsel, agree that the deadline by the Trustee or United States Trustee for filing a Complaint objecting to discharge pursuant to 11 U.S.C. Section 727, or for the filing of a Complaint of non-dischargeability pursuant to 11 U.S.C. Section 523, or filing a motion seeking to dismiss the petition pursuant to 11 U.S.C. Sections 707(a) or 707(b), or for the filing of a motion objecting to exemptions, is extended to March 31, 2022.

/s/Thomas J. Orr
Trustee

Dated: December 31, 2021

/s/Dean J. Despotovich
Attorney for Debtor

Dated: 12/31/21