UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-2(c)

THOMAS J. ORR
321 HIGH STREET
BURLINGTON, NJ 08016
(609)386-8700
ATTORNEY FOR TRUSTEE

In Re:

CAPPUZZO JR., JAMES N,


Debtor.

Case No. <u>21-18270</u>

Judge: <u>CMG</u>

Chapter: <u>7</u>

## CERTIFICATE OF CONSENT REGARDING CONSENT ORDER
## EXTENDING DEADLINES

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)    The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b)    The signatures represented by the /s/_____ on the copy of the consent order submitted to the court reference the signature of consenting parties obtained on the original consent order;

(c)    I will retain the original consent order for a period of seven years from the date of closing of the case or adversary proceeding;

(d)    I will make the original consent order available for inspection upon request of the Court or any party in interest; and

Final paragraph option:

☐    (e) *If submitting the consent order and this certification to the Court conventionally,* I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr. P. 9011 (sign certification in pen and ink and the Court will scan);

☒    (f) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e-mail box, as a registered Participant of the Court's Case Management Electronic Files (CM/ECF) System,* I will simultaneously file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr. P. 9011 (sign certification with a /s/_____).

/s/Thomas J. Orr
Signature of Attorney